1 | DIANE KINDERMANN HENDERSON (SBN 144426)
GLEN C. HANSEN (SBN 166923)
2 | KATHERINE J. HART (SBN 191663)
Abbott & Kindermann, LLP
3 | 2100 21st Street
Sacramento, California 95818
4 | Telephone:   (916) 456-9595
Facsimile:   (916) 456-9599
5 | Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com
6 | Email: khart@aklandlaw.com

7 | Attorneys for Defendant
TRI CITY ROCK, INC.
8 | a corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, | Case No.: C:09-03667 |
|---|---|
| Plaintiff, | **NOTICE OF AGREEMENT TO CONTINUE CASE MANAGEMENT CONFERENCE**  ; ORDER |
| vs. | Judge:   Hon. Edward Chen<br>Trial Date:   N/A<br>Action Filed:  August 11, 2009 |
| TRI CITY ROCK, INC., a corporation, | |
| Defendant. | |

**NOTICE OF AGREEMENT TO CONTINUE CASE MANAGEMENT CONFERENCE**

C:09-03667

1    **TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2    NOTICE IS HEREBY GIVEN the Case Management Conference in the above-entitled

3    matter shall be held on December 23, 2009 at 1:30 p.m. in the above entitled court, located at 450

4    Golden Gate Avenue, 15th Floor, San Francisco, California 94102, based on the following facts:

5    WHEREAS, the Initial Case Management Conference was scheduled for November 18,

6    2009 at 1:30 p.m.; and

7    WHEREAS, the parties filed the Joint Case Management Statement on November 11,

8    2009, and there are no updates to that statement; and

9    WHEREAS, the parties continue to diligently pursue settlement, but desire additional time

10    to negotiate the terms of such proposed settlement; and

11    WHEREAS, based on this fact Defendant has requested additional time to file its

12    responsive pleadings and Plaintiff is considering such request;

13    NOW THEREFORE, the parties have agreed to continue the Case Management

14    Conference to December 23, 2009.

15    Dated:  November 16, 2009          ABBOTT & KINDERMANN  LLP

16                                       /s/ Glen C. Hansen
                                         DIANE KINDERMANN HENDERSON
17                                       GLEN C. HANSEN
                                         Attorneys for Defendant Tri City Rock, Inc.
18

19

20    IT IS SO ORDERED that the case management conference is reset from 11/18/09 to
      12/23/09 at 1:30 p.m.  A joint CMC statement shall be filed by 12/16/09.
21

22    _____
23    Edward M. Chen
      U.S. Magistrate Judge
24

*IT IS SO ORDERED AS MODIFIED*
*Judge Edward M. Chen*

**NOTICE OF AGREEMENT TO CONTINUE CASE MANAGEMENT CONFERENCE**     1     C:09- 03667