1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:    (916) 456-9595
   Facsimile:    (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> TRI CITY ROCK, INC., a corporation, <br><br> Defendant. | Case No.: C:09-03667 <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** <br><br> Judge:        Hon. Edward Chen <br> Trial Date:   N/A <br> Action Filed: August 11, 2009 |
|---|---|

1  This Stipulation And [Proposed] Order Extending Time For Defendant To Respond To
2  Complaint ("Stipulation") is entered into by and between plaintiff California Sportfishing
3  Protection Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant").  The parties to
4  this Stipulation hereby stipulate, by and through their respective counsel, as follows:

5  WHEREAS, Defendant was served with the Complaint and Summons on November 4,
6  2009, and its responsive pleading is due on November 24, 2009, under the Federal Rules of Civil
7  Procedure;

8  WHEREAS, Defendant has requested that the time to file its response to Plaintiff's
9  Complaint be extended to January 8, 2010, and Plaintiff has agreed to that request;

10  THEREFORE, it is hereby stipulated that the time within which Defendant must file
11  responsive pleadings to Plaintiff's Complaint is extended to January 8, 2010.

12  On or before February 14, 2010, Plaintiff and Defendant will meet and confer pursuant to
13  Fed. R. Civ. P. 26(f).

14  Entry into this Stipulation does not waive Defendant's right to contest this Court's
15  jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this
16  action.

17  This Stipulation may be executed by facsimile or electronic signature and in counterparts,
18  all of which, taken together, shall constitute a single stipulation.

Dated:  November 18, 2009        ABBOTT & KINDERMANN  LLP

/s/ Diane Kindermann Henderson
(As authorized November 18, 2009)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated:  November 18, 2009        LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized November 18, 2009)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**     1                            C:09- 03667

1  ORDER

2  Based upon the foregoing Stipulation and good cause appearing therefore:

3  IT IS SO ORDERED.

4

5  Dated: _____12/1/09_____      _____
6                                                                  Honorable Edward Chen
                                                                    United States Magistrate Judge
7