1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:   (916) 456-9595
   Facsimile:    (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

9                    **UNITED STATES DISTRICT COURT**

10                   **NORTHERN DISTRICT OF CALIFORNIA**

11

12  CALIFORNIA SPORTFISHING                    Case No.: C:09-03667
    PROTECTION ALLIANCE, a non-profit
13  corporation,                               **STIPULATION AND [PROPOSED]
                                               ORDER TO CONTINUE CASE
14              Plaintiff,                     MANAGEMENT CONFERENCE**

15       vs.                                   Judge:       Hon. Edward Chen
                                               Trial Date:  N/A
16  TRI CITY ROCK, INC., a corporation,        Action Filed: August 11, 2009

17              Defendant.

1      This Stipulation And [Proposed] Order to Continue Case Management Conference ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant"). The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

     WHEREAS, the Initial Case Management Conference was scheduled for November 18, 2009; and

     WHEREAS, the Case Management Conference was continued to December 23, 2009 at 1:30 p.m.; and

     WHEREAS, the parties filed the Joint Case Management Statement on November 11, 2009, and there are no updates to that statement; and

     WHEREAS, the parties continue to diligently pursue settlement, but desire additional time to negotiate the terms of such proposed settlement; and

     WHEREAS, based on this fact Defendant has requested additional time to file its responsive pleadings;

     NOW THEREFORE, the parties have agreed to continue the Case Management Conference to February 3, 2010.

     This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated: December 16, 2009      ABBOTT & KINDERMANN LLP

/s/ Diane Kindermann Henderson
(As authorized December 16, 2009)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated: December 16, 2009      LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized December 16, 2009)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

1 ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated: _____December 17, 2009_____    _____
                                          Honorable
                                          United

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA