1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:   (916) 456-9595
   Facsimile:   (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRI CITY ROCK, INC., a corporation,<br><br>Defendant. | Case No.: C:09-03667<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT TO RESPOND TO COMPLAINT**<br><br>Judge:       Hon. Edward Chen<br>Trial Date:  N/A<br>Action Filed: August 11, 2009 |

| | |
|---|---|
| 1 | This Stipulation And [Proposed] Order Extending Time For Defendant To Respond To |
| 2 | Complaint ("Stipulation") is entered into by and between plaintiff California Sportfishing |
| 3 | Protection Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant"). The parties to |
| 4 | this Stipulation hereby stipulate, by and through their respective counsel, as follows: |
| 5 | WHEREAS, Defendant was served with the Complaint and Summons on November 4, |
| 6 | 2009, and its responsive pleading is due on November 24, 2009, under the Federal Rules of Civil |
| 7 | Procedure; |
| 8 | WHEREAS, Defendant requested that the time to file its response to Plaintiff's Complaint |
| 9 | be extended to January 8, 2010, and Plaintiff agreed to that request; |
| 10 | WHEREAS, Plaintiff has granted Defendant additional time to file its responsive |
| 11 | pleadings to February 16, 2010; and |
| 12 | NOW THEREFORE, it is hereby stipulated that the time within which Defendant must |
| 13 | file responsive pleadings to Plaintiff's Complaint is extended to February 16, 2010. |
| 14 | Entry into this Stipulation does not waive Defendant's right to contest this Court's |
| 15 | jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this |
| 16 | action. |
| 17 | This Stipulation may be executed by facsimile or electronic signature and in counterparts, |
| 18 | all of which, taken together, shall constitute a single stipulation. |

Dated: January 8, 2010        ABBOTT & KINDERMANN  LLP

/s/ Diane Kindermann Henderson
(As authorized January 8, 2010)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated: January 8, 2010        LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized January 8, 2010)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**   1                                                 C:09- 03667

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated: 1/12/10



Honorable Edward Chen
Magistrate Judge