1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:    (916) 456-9595
   Facsimile:    (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12 | CALIFORNIA SPORTFISHING | Case No.: C:09-03667 |
   | PROTECTION ALLIANCE, a non-profit | |
13 | corporation, | **STIPULATION AND [PROPOSED]** |
   | | **ORDER EXTENDING TIME FOR** |
14 | Plaintiff, | **DEFENDANT TO RESPOND TO** |
   | | **COMPLAINT** |
15 | vs. | |
   | | Judge:        Hon. Edward Chen |
16 | TRI CITY ROCK, INC., a corporation, | Trial Date:   N/A |
   | | Action Filed: August 11, 2009 |
17 | Defendant. | |

1       This Stipulation And [Proposed] Order Extending Time For Defendant To Respond To Complaint ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant").  The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

      WHEREAS, Defendant was served with the Complaint and Summons on November 4, 2009, and its responsive pleading is due on November 24, 2009, under the Federal Rules of Civil Procedure;

      WHEREAS, Defendant requested that the time to file its response to Plaintiff's Complaint be extended to January 8, 2010, and Plaintiff agreed to that request;

      WHEREAS, Plaintiff has granted Defendant additional time to file its responsive pleadings to February 16, 2010; and

      NOW THEREFORE, it is hereby stipulated that the time within which Defendant must file responsive pleadings to Plaintiff's Complaint is extended to February 16, 2010.

      Entry into this Stipulation does not waive Defendant's right to contest this Court's jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this action.

      This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated:  January 8, 2010      ABBOTT & KINDERMANN  LLP

/s/ Diane Kindermann Henderson
(As authorized January 8, 2010)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated:  January 8, 2010      LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized January 8, 2010)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.

Dated: _____1/12/10_____                          _____
                                                   Honorable Edward Chen
                                                   Magistrate Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*