DIANE KINDERMANN HENDERSON (SBN 144426)
GLEN C. HANSEN (SBN 166923)
KATHERINE J. HART (SBN 191663)
Abbott & Kindermann, LLP
2100 21st Street
Sacramento, California 95818
Telephone: (916) 456-9595
Facsimile: (916) 456-9599
Email: dkindermann@aklandlaw.com
Email: ghansen@aklandlaw.com
Email: khart@aklandlaw.com

Attorneys for Defendant
TRI CITY ROCK, INC.
a corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRI CITY ROCK, INC., a corporation,<br><br>Defendant. | Case No.: C:09-03667<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Edward Chen<br>Trial Date: N/A<br>Action Filed: August 11, 2009 |

This Stipulation And [Proposed] Order to Continue Case Management Conference ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant"). The parties to this Stipulation hereby stipulate, by and through their respective counsel, as follows:

WHEREAS, the Initial Case Management Conference was scheduled for November 18, 2009; and

WHEREAS, the Case Management Conference was continued to February 3, 2010 at 1:30 p.m.; and

WHEREAS, the parties filed the Joint Case Management Statement on November 11, 2009, and there are no updates to that statement; and

WHEREAS, the parties have agreed on most substantive issues and are negotiating monetary amounts; and

WHEREAS, the parties have mediation scheduled for February 9, 2010, in the event that settlement cannot be achieved; and

WHEREAS, based on this fact Defendant has requested additional time to file its responsive pleadings;

NOW THEREFORE, the parties have agreed to continue the Case Management Conference to March 3, 2010.

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

Dated: January 26, 2010            ABBOTT & KINDERMANN  LLP

/s/ Diane Kindermann Henderson
(As authorized January 26, 2010)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated: January 26, 2010            LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized January 26, 2010)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing Protection Alliance

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED. The case management conference is reset from 2/3/10 to 3/3/10 at 1:30 p.m. A joint cmc statement shall be filed by 2/24/10.

Dated: January 28, 2010

_____
Honorable Edward Chen
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

**STIPULATION AND [PROPOSED] ORDER
TO CONTINUE CASE MANAGEMENT CONFERENCE**   1                                          C-09-03667