1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:    (916) 456-9595
   Facsimile:    (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>TRI CITY ROCK, INC., a corporation,<br><br>Defendant. | Case No.: C:09-03667<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE**<br><br>Judge:     Hon. Edward Chen<br>Trial Date:   N/A<br>Action Filed:  August 11, 2009 |

| | |
|---|---|
| 1 | This Stipulation And [Proposed] Order Extending Case Management Statement |
| 2 | ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection |
| 3 | Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant"). The parties to this |
| 4 | Stipulation hereby stipulate, by and through their respective counsel, as follows: |
| 5 | WHEREAS, Defendant was served with the Complaint and Summons on November 4, |
| 6 | 2009, and its responsive pleading is due on November 24, 2009, under the Federal Rules of Civil |
| 7 | Procedure; |
| 8 | WHEREAS, the parties have agreed upon the general terms of settlement and are in the |
| 9 | process of finalizing settlement, and based on this fact Defendant has requested additional time to |
| 10 | file its responsive pleadings; |
| 11 | WHEREAS, in accordance with federal law, no judgment disposing of this action may be |
| 12 | entered prior to 45 days following the receipt of the proposed settlement agreement by the United |
| 13 | States Department of Justice and the national and Region IX offices of the United States |
| 14 | Environmental Protection Agency. *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice |
| 15 | to the court of the 45-day agency review period under 33 U.S.C. § 1365(c)); |
| 16 | WHEREAS, the parties agreed, upon the Court's approval, to reschedule the Case |
| 17 | Management Conference and the deadline for Defendant's answer to Tuesday, May 11, 2010, to |
| 18 | provide further opportunity to finalize the settlement agreement and to submit it to the United |
| 19 | States Department of Justice and the United States Environmental Protection Agency for a 45-day |
| 20 | review period of the proposed settlement agreement; |
| 21 | NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the |
| 22 | parties that: |
| 23 | 1. The Case Management Conference set for March 3, 2010, be rescheduled to May ~~11,~~ 12, 2010. at 2:30 p.m. |
| 25 | 2. The Deadline to file the Case Management Statement be rescheduled to ~~April 27~~, May 5, 2010. |
| 27 | Entry into this Stipulation does not waive Defendant's right to contest this Court's |
| 28 | jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this |

action.

This Stipulation may be executed by facsimile or electronic signature and in counterparts, all of which, taken together, shall constitute a single stipulation.

IT IS SO STIPULATED.

Dated: February 11, 2010          ABBOTT & KINDERMANN LLP

/s/ Diane Kindermann Henderson
(As authorized February 11, 2010)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated: February 11, 2010          LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized February 11, 2010)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED. AS MODIFIED.

Dated: 2/12/10

_____
Chen
Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen