1  DIANE KINDERMANN HENDERSON (SBN 144426)
   GLEN C. HANSEN (SBN 166923)
2  KATHERINE J. HART (SBN 191663)
   Abbott & Kindermann, LLP
3  2100 21st Street
   Sacramento, California 95818
4  Telephone:   (916) 456-9595
   Facsimile:   (916) 456-9599
5  Email: dkindermann@aklandlaw.com
   Email: ghansen@aklandlaw.com
6  Email: khart@aklandlaw.com

7  Attorneys for Defendant
   TRI CITY ROCK, INC.
8  a corporation.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA SPORTFISHING PROTECTION ALLIANCE, a non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRI CITY ROCK, INC., a corporation,<br><br>　　　　Defendant. | Case No.: C:09-03667<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE**<br><br>Judge:　　　Hon. Edward Chen<br>Trial Date:　N/A<br>Action Filed:　August 11, 2009 |

1   This Stipulation And [Proposed] Order Extending Case Management Statement
2   ("Stipulation") is entered into by and between plaintiff California Sportfishing Protection
3   Alliance ("Plaintiff") and defendant Tri City Rock, Inc. ("Defendant").  The parties to this
4   Stipulation hereby stipulate, by and through their respective counsel, as follows:

5   WHEREAS, Defendant was served with the Complaint and Summons on November 4,
6   2009, and its responsive pleading is due on November 24, 2009, under the Federal Rules of Civil
7   Procedure;

8   WHEREAS, the parties have agreed upon the general terms of settlement and are in the
9   process of finalizing settlement, and based on this fact Defendant has requested additional time to
10  file its responsive pleadings;

11  WHEREAS, in accordance with federal law, no judgment disposing of this action may be
12  entered prior to 45 days following the receipt of the proposed settlement agreement by the United
13  States Department of Justice and the national and Region IX offices of the United States
14  Environmental Protection Agency.  *See* 40 C.F.R. § 135.5 (requiring the parties to provide notice
15  to the court of the 45-day agency review period under 33 U.S.C. § 1365(c));

16  WHEREAS, the parties agreed, upon the Court's approval, to reschedule the Case
17  Management Conference and the deadline for Defendant's answer to Tuesday, May 11, 2010, to
18  provide further opportunity to finalize the settlement agreement and to submit it to the United
19  States Department of Justice and the United States Environmental Protection Agency for a 45-day
20  review period of the proposed settlement agreement;

21  NOW THEREFORE, IT IS HEREBY STIPULATED and agreed to by and between the
22  parties that:

23  1.   The Case Management Conference set for March 3, 2010, be rescheduled to May
24  ~~11,~~ 12, 2010.  at 2:30 p.m.

25  2.   The Deadline to file the Case Management Statement be rescheduled to ~~April 27~~, May 5,
26  2010.

27  Entry into this Stipulation does not waive Defendant's right to contest this Court's
28  jurisdiction over Defendant or waive any defenses of any kind to Plaintiff's Complaint and/or this

**STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT STATEMENT**    1    C:09- 03667

1 | action.

2 | This Stipulation may be executed by facsimile or electronic signature and in counterparts,
3 | all of which, taken together, shall constitute a single stipulation.
4 | IT IS SO STIPULATED.

Dated: February 11, 2010          ABBOTT & KINDERMANN  LLP

/s/ Diane Kindermann Henderson
(As authorized February 11, 2010)
DIANE KINDERMANN HENDERSON
GLEN C. HANSEN
Attorneys for Defendant Tri City Rock, Inc.

Dated: February 11, 2010          LOZEAU DRURY LLP

/s/ Douglas Chermak
(As authorized February 11, 2010)
DOUGLAS CHERMAK
Attorneys for Plaintiff California Sportfishing
Protection Alliance

ORDER

Based upon the foregoing Stipulation and good cause appearing therefore:

IT IS SO ORDERED.  AS MODIFIED.

Dated: 2/12/10          _____
                                        Chen
                                        trate Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen